THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv249

| | |
|---|---|
| ERIC TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| BILLY LNU, WENDY'S, and ) | |
| SUSAN DUBBERLY, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte* to dismiss this action.

On October 11, 2011, the Plaintiff, who appears *pro se*, was instructed that he was required under the Federal Rules of Procedure to sign the Complaint which he had filed in this matter. [Doc. 3]. He was also advised that his Application to Proceed in District Court without Prepaying Fees or Costs [Doc. 2] was denied and that on or before thirty (30) days from his signing of the Complaint, the Plaintiff was required to pay the filing fee. [Doc. 3]. The Plaintiff was advised that his failure to pay the filing fee would result

in the dismissal of this action. [Id.].

The Plaintiff signed the Complaint on October 18, 2011. [Doc. 1]. However, he failed to pay the filing fee in this matter on or before November 18, 2011. As a result, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Document 3 shall be sealed in the record.

Signed: November 28, 2011

Martin Reidinger
United States District Judge