# United States District Court
# For The Western District of North Carolina
# Asheville Division

Eric Taylor,

        Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　1:11cv249

Billy LNU, Wendy's
and Susan Dubberly,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 28, 2011 Order.

                                          Signed: November 28, 2011

                                          Frank G. Johns, Clerk
                                          United States District Court